UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEREK SNEAD,

    Plaintiff,

v.                                                            CASE NO. 3:23-cv-713-WWB-MCR

CITY OF LAKE CITY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Emergency Motion to Quash or Modify Subpoenas Duces Tecum Served by Defendant, or in the Alternative, Motion for Protective Order ("Motion") (Doc. 60). The Court has reviewed the Motion and has determined that it is appropriate to preserve the status quo pending receipt of any response to the Motion and the Court's ultimate ruling thereon.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 60**) is **TAKEN UNDER ADVISEMENT**. Defendant, Columbia County Sheriff's Office, shall file a response to the Motion **no later than May 21, 2024**, or the Motion will be deemed to be unopposed.

2. Defendant, Columbia County Sheriff's Office, shall immediately

serve this Order on the third parties who have been served with the subpoenas and instruct them that no documents should be produced until further order of this Court. Any third-party discovery that Defendant may have already obtained from the third parties is hereby **STAYED** until resolution of the instant Motion.

      **DONE AND ORDERED** at Jacksonville, Florida, on May 7, 2024.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Any Unrepresented Party